FRANK et al., Appellants, v. WOLF et al., Respondents. (Supreme Court, Appellate Division, First Department. January 8, 1904.) Action by Betty Frank and others against George Wolf and others. From an order denying a

motion to discontinue the action as against certain defendants, and to amend summons and pleadings by striking the names of such defendants therefrom, plaintiffs appeal. Reversed. William J. Barr, for appellants. Alfred Steckler, for respondents.

PER CURIAM. For the reasons stated in the opinion in Chapman et al. v. Wolf (herewith handed down) 85 N. Y. Supp. 638, the order appealed from should be reversed, and the motion granted, without costs, with leave to the defendant respondent to answer anew, if so advised.